**Benjamin Ashley GARDNER, Plaintiff—Appellant,**

v.

**Douglas DEVENYNS, Director of Talbot County Detention Center, Defendant—Appellee.**

No. 12–6504.

United States Court of Appeals, Fourth Circuit.

Submitted: July 2, 2012.

Decided: July 18, 2012.

Benjamin Ashley Gardner, Appellant Pro Se. Kevin Bock Karpinski, Karpinski, Colaresi & Karp, PA, Baltimore, Maryland, for Appellee.

Before MOTZ, KING, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benjamin Ashley Gardner appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Gardner v. Devenyns*, No. 1:11–cv–02725–JKB, 2012 WL 706850 (D.Md. Mar. 2, 2012). We dispense with oral argument because the facts and legal contentions are

adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*